BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEROME MAYER-CANTÚ (CABN 291623)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7301
    FAX: (415) 436-7234
    jerome.mayer-cantu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>IVAN ZARICH,<br><br>    Defendant. | No. 3:16-CR-00358-MMC<br><br>[~~PROPOSED~~] ORDER OF DETENTION PRIOR TO TRIAL |

    The parties appeared before the Honorable Joseph C. Spero on August 23, 2016, for a detention hearing. The defendant was present and represented by defense counsel Richard Tamor. The government was represented by Assistant United States Attorney Jerome Mayer-Cantú. The government moved for detention, submitting that no condition or combination of conditions of release would reasonably assure the appearance of the defendant as required or the safety of the community.

    The Court has considered the parties' proffers during the hearing, the defendant's past conduct and criminal record, the materials found during a search of the defendant's residence, the bail study, and the factors set forth in 18 U.S.C. § 3142(g). For the reasons stated on the record at the hearing, including consideration of the history and characteristics of the defendant and the nature and seriousness of the

danger posed to the community should the defendant be released prior to trial, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community if the defendant were released.

Of particular concern is the defendant's 2012 conviction for exhibiting a deadly weapon, as the police report suggests that he brandished a knife at a stranger. Of equal concern is his 2013 conviction for unlawful possession of ammunition, as the police report suggests that he pointed a loaded gun at another person. The facts of this case add to the Court's concern because the defendant allegedly pointed a loaded firearm at two people that he thought were strangers. Moreover, the defendant is alleged to have committed this crime while he was still on probation.

The Court therefore orders the defendant detained prior to trial in this matter. The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a correctional facility. The defendant must be afforded a reasonable opportunity to consult privately with counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED.

DATED:   August 24, 2016

_____
HON. JOSEPH C. SPERO
Chief United States Magistrate Judge