BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEROME MAYER-CANTÚ (CABN 291623)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7168
Email: jerome.mayer-cantu@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00358 MMC |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND [PROPOSED] ORDER** |
| v. | |
| IVAN ZARICH, | |
| Defendant. | |

**STIPULATION TO CONTINUE HEARING**

The United States of America, by and through Assistant United States Attorney Jerome Mayer-Cantú, as well as defendant Ivan Zarich, by and through defense counsel Richard Tamor, hereby stipulate that, with the Court's approval, the appearance currently scheduled for November 16, 2016, should be continued to November 30, 2016, and that the time between November 16, 2016 and November 30, 2016 should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel.

The parties are working on a proposed resolution of this case, and the parties believe that two additional weeks will provide enough time to hammer out an agreement on all of the remaining details. The parties stipulate that the failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate that the requested continuance and further exclusion of time, from November 16, 2016 and November 30, 2016, are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

Dated: November 15, 2016.

Respectfully submitted,

*Richard Tamor*
RICHARD TAMOR
Attorney for IVAN ZARICH

*Jerome Mayer-Cantú*
JEROME MAYER-CANTÚ
Assistant United States Attorney

IT IS SO ORDERED.

Dated: November 15, 2016.

HON. MAXINE M. CHESNEY
United States District Judge

1