UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. CR 16-0358 MMC** |
| Plaintiff, ) | **[PROPOSED] PRELIMINARY ORDER OF FORFEITURE** |
| v. ) | |
| IVAN ZARICH, ) | |
| Defendant. ) | |

Having considered the application for a Preliminary Order of Forfeiture filed by the United States and the plea agreement entered on December 8, 2016, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

- one Beretta .22 pistol, Model 21A, bearing serial number BES20405U, and any ammunition loaded in that pistol,

pursuant to Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c).

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 16-0358 MMC                                              1

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website, for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property, must file a petition with the Court and serve a copy on government counsel within (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Defendant Ivan Zarich was sentenced on March 1, 2017. As part of his sentence, the Court ordered the forfeiture of the subject property, which was incorporated in the Judgment and Commitment, entered on March 3, 2017.

IT IS SO ORDERED this 31st day of May 2017.

MAXINE M. CHESNEY
Senior United States District Judge