UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. CR 16-0358 MMC** |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] **FINAL ORDER OF FORFEITURE** |
| ) | |
| v. ) | |
| ) | |
| IVAN ZARICH, ) | |
| ) | |
| Defendant. ) | |

On May 31, 2017, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

- one Beretta .22 pistol, Model 21A, bearing serial number BES20405U, and any ammunition loaded in that pistol,

pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

**THEREFORE IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c). All right, title, and interest in said property is vested in the United

States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: August 9, 2017

*MAXINE M. CHESNEY*
Senior United States District Judge