IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

IVAN JOSEPH ZARICH,

        Defendant.

Case No. 16-cr-00358-MMC-1

**ORDER DENYING DEFENDANT'S MOTION FOR A POST SENTENCING RECOMMENDATION TO THE BUREAU OF PRISONS**

The Court is in receipt of defendant's "Motion for a Post Sentencing Judicial Recommendation to the Federal Bureau of Prisons," filed January 29, 2018, by which defendant asks the Court to recommend he serve the last six months of his sentence in a halfway house.

Having read and considered the reasons offered for the relief requested, the Court finds defendant has not shown sufficient grounds exist to warrant the Court's intervention in a decision committed by statute to the discretion of the Bureau of Prisons.

Accordingly, the motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: February 2, 2018

MAXINE M. CHESNEY
United States District Judge